LAW OFFICES
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 612-9900   Fax: (213) 612-9930

DIANA M. DRON (SBN 86195)
dron@mmlawyers.com
J. MICHAEL GRIMM (SBN 295224)
grimm@mmlawyers.com
Attorneys for Defendants,
BLUE PACKAGE DELIVERY, LLC and
BLAINE J. BYRAM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STO HOME DELIVERY INC., a California corporation; and SOHO EXPRESS, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>BLUE PACKAGE DELIVERY, LLC, a Minnesota limited liability company; BLAINE J. BYRAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00314-PSG-JEM<br><br>Assigned for All Purposes to:<br>Hon. Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF DIANA M. DRON IN SUPPORT OF MONTELEONE & MCCRORY, LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTER-CLAIM PLAINTIFF BLUE PACKAGE DELIVERY, LLC AND DEFENDANT BLAINE J. BYRAM** |
| BLUE PACKAGE DELIVERY, LLC, a Minnesota limited liability company;<br><br>Counterclaim Plaintiff,<br>v.<br><br>STO HOME DELIVERY INC., a California corporation; SOHO EXPRESS, INC., a California corporation; and ROES 1 through 20, inclusive,<br><br>Counterclaim Defendants. | Motion for Leave to Withdraw As Counsel:<br>DATE:   January 15, 2021<br>TIME:   8:30 a.m.<br>ROOM.:  6C |

1

**DECLARATION OF DIANA M. DRON**

# DECLARATION OF DIANA M. DRON

I, DIANA M. DRON, declare:

1. I am an attorney at law, licensed to practice before the courts of this State, including the United States District Court Central District of California, and am a partner of the law firm of Monteleone & McCrory, LLP, (hereinafter, M&M) attorneys of record for Blue Package Delivery, LLC and Blaine Byram (collectively, "BPD Parties").

2. I first spoke with Blaine Byram about M&M representing the BPD Parties in the subject case in May of 2019, and on June 12, 2019, on behalf of the BPD Parties, Mr. Byram accepted and agreed to a retainer agreement with M&M.

3. I next spoke with Mr. Byram after his deposition on January 17, 2020 because an invoice from M&M to the BPD Parties was returned. I obtained a current address for the BPD Parties and Mr. Byram pledged to pay M&M for services rendered.

4. On June 25, 2020, I spoke with Mr. Byram and told him that none of M&M's invoices had been paid, and that prompt payment would need to be made if Mr. Byram wished for M&M to continue its representation of the BPD Parties. Mr. Byram informed me that he was trying to seek coverage from insurance, but that he would make payment.

5. On or about August 26, 2020, I again spoke with Mr. Byram regarding the outstanding invoices due to M&M. I told Mr. Byram that M&M has yet to be paid, and that if payments were not made within 30 days, that M&M would seek to withdraw as counsel for the BPD Parties after the scheduled meditation of October 23, 2020. Mr. Byram again promised to pay for M&M's services rendered.

6. After not receiving any payment from the BPD Parties, on October 7, 2020, I sent an email to Mr. Byram, giving notice that M&M would withdraw as counsel of record for the BPD Parties if payment was not made by

2

**DECLARATION OF DIANA M. DRON**

October 16, 2020. A redacted correct copy of the email I sent to Mr. Byram is attached hereto as Exhibit 1 to this declaration.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 11, 2020, at Los Angeles, California.

_____
DIANA M. DRON

# EXHIBIT 1

**Diana Dron**

**From:** Diana Dron
**Sent:** Wednesday, October 7, 2020 11:59 AM
**To:** Blaine J. Byram
**Cc:** Michael Grimm
**Subject:** 17715 Blue Package - STO v. - Past Due Account
**Attachments:** 984.17715 AR As of 093020.pdf

Hi Blaine,

Attached is a copy of the current account ledger for the Blue Package file as of September 30, 2020. The total amount owed is ▓▓▓▓▓▓▓. You have not paid any amount on this account. I know you were hoping to have your carrier pay our fees, but that has not happened. So, the last two time you were in this office I asked you to bring your account current and handed you a copy of the current ledger or an aging. Both times you put the accounting in your pocket and promised to have your accounting department cut a check to bring your account current. Both times you failed to follow through with your promise to pay us. When we had the November trial date, we were not able to withdraw as counsel for Blue Package and so we continued to represent you and your company. However, my partners are now upset at the outstanding amount and I will be forced to bring a motion to withdraw as your counsel if you do not bring your account current by Friday, October 16th.

Please let me know how you intend to proceed.

Diana

Diana M. Dron, Partner

---

Monteleone & McCrory, LLP
725 S. Figueroa Street, Suite 3200
Los Angeles, CA  90017-5446
(213) 612-9900
(213) 612-9930 (fax)
dron@mmlawyers.com

**NOTICE:** The information contained in this message is legally privileged and confidential and intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at (213) 612-9900 and delete the message from your file retention system. Thank you.

1

Date: 10/07/2020

**Tabs3 Client Ledger Report**
Ledger Landscape
Monteleone & McCrory, LLP

Page: 1

Primary Timekeeper: 35 Diana M. Dron
Thru 10/07/2020

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| **984.17715M BLUE PACKAGE DELI** | | | | | | | | | | |
| RE: STO HOME DELIVERY ads. | | | | | | | | | | |
| 06/30/2019 | 1 | 101050 | ▇ | ▇ | ▇ | | | | ▇ | ▇ |
| 07/31/2019 | 2 | 101265 | ▇ | ▇ | ▇ | | | | ▇ | ▇ |
| 08/31/2019 | 3 | 101482 | ▇ | ▇ | ▇ | | | | ▇ | ▇ |
| 09/30/2019 | 4 | 101692 | | | | | | | | ▇ |
| 10/31/2019 | 5 | 101912 | | | | | | | | ▇ |
| 11/30/2019 | 6 | 102128 | | | | | | | | ▇ |
| 12/31/2019 | 7 | 102348 | ▇ | ▇ | | | | | ▇ | ▇ |
| 01/31/2020 | 8 | 102555 | ▇ | ▇ | ▇ | | | | ▇ | ▇ |
| 02/29/2020 | 9 | 102778 | ▇ | ▇ | ▇ | | | | ▇ | ▇ |
| 03/31/2020 | 10 | 102995 | ▇ | ▇ | | ▇ | | | ▇ | ▇ |
| 04/30/2020 | 11 | 103222 | ▇ | ▇ | | | | | ▇ | ▇ |
| 05/31/2020 | 12 | 103428 | ▇ | ▇ | ▇ | ▇ | | | ▇ | ▇ |
| 06/30/2020 | 13 | 103673 | ▇ | ▇ | | ▇ | | | ▇ | ▇ |
| 07/31/2020 | 14 | 103898 | ▇ | ▇ | | | | | ▇ | ▇ |
| 08/31/2020 | 15 | 104121 | ▇ | ▇ | | | | | ▇ | ▇ |
| 09/30/2020 | 16 | 104344 | ▇ | ▇ | | ▇ | | | ▇ | ▇ |
| Subtotal | | | ▇ | | ▇ | ▇ | | | ▇ | ▇ |
| **Total for Primary Timekeeper 35** | | | ▇ | ▇ | ▇ | ▇ | | | ▇ | ▇ |