LAW OFFICES
MONTELEONE & McCRORY, LLP
725 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 612-9900  Fax: (213) 612-9930

DIANA M. DRON (SBN 86195)
dron@mmlawyers.com
J. MICHAEL GRIMM (SBN 295224)
grimm@mmlawyers.com
Attorneys for Defendants,
BLUE PACKAGE DELIVERY, LLC and
BLAINE J. BYRAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STO HOME DELIVERY INC., a California corporation; and SOHO EXPRESS, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>BLUE PACKAGE DELIVERY, LLC, a Minnesota limited liability company; BLAINE J. BYRAM, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00314-PSG-JEM<br><br>Assigned for All Purposes to:<br>Hon. Stanley Blumenfeld, Jr.<br><br>**DECLARATION OF PHILIP C. PUTNAM IN SUPPORT OF MONTELEONE & MCCRORY, LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTER-CLAIM PLAINTIFF BLUE PACKAGE DELIVERY, LLC AND DEFENDANT BLAINE J. BYRAM** |
| BLUE PACKAGE DELIVERY, LLC, a Minnesota limited liability company;<br><br>Counterclaim Plaintiff,<br>v.<br><br>STO HOME DELIVERY INC., a California corporation; SOHO EXPRESS, INC., a California corporation; and ROES 1 through 20, inclusive,<br><br>Counterclaim Defendants. | Motion for Leave to Withdraw As Counsel:<br>DATE:   January 15, 2021<br>TIME:   8:30 a.m.<br>ROOM.:  6C |

1

**DECLARATION OF PHILIP C. PUTNAM**

## DECLARATION OF PHILIP C. PUTNAM

I, PHILIP C. PUTNAM, declare:

1. I am an attorney at law, licensed to practice before the courts of this State, including the United States District Court Central District of California, and I am the managing partner of the law firm of Monteleone & McCrory, LLP, (hereinafter "M&M") attorneys of record for Blue Package Delivery, LLC and Blaine Byram (collectively, "BPD Parties").

2. In or about October of 2020, I was informed by my partners at M&M that the BPD Parties had a significant balance due M&M. M&M informed the BPD Parties that if they did not bring their account current by October 16, 2020, M&M would seek to withdraw as counsel of record for the BPD Parties.

3. On November 12, 2020, I wrote a letter to the BPD Parties indicating that M&M would be unable to continue to provide legal services without payment from the BPD Parties, and that M&M would be seeking to withdraw as counsel of record for the BPD Parties. In my letter, I informed the BPD Parties that the Federal Rules of Court do not allow an organization to be represented pro se, and that if M&M withdrew, Blue Package Delivery, LLC would be required to find new counsel in order to defend itself in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 11, 2020, at Los Angeles, California.

_____
PHILIP C. PUTNAM