Case 2:19-cv-00314-SB-JEM Document 108 Filed 11/09/21 Page 1

FILED
CLERK, U.S. DISTRICT COURT
November 9, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STO HOME DELIVERY INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE PACKAGE DELIVERY, LLC et al.,<br><br>Defendants. | Case No. 2:19-cv-00314-SB-JEM<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate Order Granting Motion for Default Judgment and Order Granting Application to the Clerk to Tax Costs, it is

ORDERED AND ADJUDGED that Plaintiff STO Home Delivery, Inc. shall have and recover from Defendants Blue Package Delivery, LLC and Blaine Byram jointly and severally the sum of $200,000 in compensatory damages and $1,180.50 in costs.

ORDERED AND ADJUDGED that Plaintiff SOHO Express, Inc. shall have and recover from Defendants Blue Package Delivery, LLC and Blaine Byram jointly and severally the sum of $230,000 in compensatory damages and $1,180.50 in costs.

**This is a Final Judgment.**

Dated: November 9, 2021

*/s/ Stanley Blumenfeld, Jr.*

Stanley Blumenfeld, Jr.
United States District Judge

1